James D. Curran, Esq. (SBN 126586)
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328
Email:   jcurran@wolkincurran.com

Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN, by TONY FU, and BRYANT FU,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No.: 3:16-cv-04326-HSG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND** [PROPOSED] **ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs TONY FU and BRYANT FU (collectively, "Plaintiffs") and Defendant LIBERTY MUTUAL INSURANCE COMPANY hereby stipulate for the Court to enter an order dismissing, with prejudice, Plaintiffs' Complaint (Document 1) in its entirety, with each party to bear his/its own costs and attorney's fees.

Dated: ~~April~~ 2, 2017      TONY FU
       May

*/s/ Tony Fu*
Tony Fu
In Propria Persona
Plaintiff

1.

| | | |
|---|---|---|
| 1 | Dated: ~~April~~ May 2, 2017 | BRYANT FU |
| 2 | | |
| 3 | | Bryant Fu<br>In Propria Persona<br>Plaintiff |
| 4 | | |
| 5 | Dated: ~~April~~ May 3, 2017 | WOLKIN · CURRAN, LLP |
| 6 | | |
| 7 | | James D. Curran<br>Attorneys for Defendant |
| 8 | | LIBERTY MUTUAL INSURANCE COMPANY |

## ORDER

Having considered the above Stipulation between Plaintiffs TONY FU and BRYANT FU (collectively, "Plaintiffs") and Defendant LIBERTY MUTUAL INSURANCE COMPANY, and finding good cause appearing, the Court hereby orders as follows: Plaintiffs' Complaint (Document 1) is hereby dismissed, with prejudice, in its entirety, with each party to bear his/its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: May 3, 2017

_____
UNITED STATES DISTRICT JUDGE