UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY FU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEMAS YAN, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-04668-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Fu v. Liberty Mutual Insurance Company,* 16-cv-04326-HSG.

**IT IS SO ORDERED.**

Dated: August 9, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge